ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2005 SEP 19 PM 1: 15
CLERK A Buxton
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| v. | * |
| | * |
| ROBIN L. WILLIAMS, | * CR-104-051 |
| CHARLES MICHAEL BROCKMAN, | * |
| DUNCAN FORDHAM, | * |
| MATTHEW CHADE LONG, | * |
| RICK LAMAR CAMP, and | * |
| FORDHAM, INC. d/b/a | * |
|     DUNCAN DRUGS | * |

## ORDER

The **RECEIVER'S APPLICATION TO EMPLOY PROFESSIONALS, FOR AUTHORITY TO SELL ASSETS AND OTHER RELIEF** having been read and considered and it appearing to the Court that the authority requested by that Application is reasonable and necessary to preserve the value of the assets of Fordham, Inc. and to create a fund from which both creditor claims and restitution/forfeiture may be paid, it is hereby

ORDERED that the Receiver is authorized to take the following actions, and to the extent that the Receiver has already taken these steps, the same are hereby approved by the Court:

1.

The Receiver is authorized to employ Edward J. Coleman, III as counsel for Receiver to provide legal advice to the Receiver, to file such pleadings or to negotiate with third parties in pursuit of the Receiver's authority as otherwise provided in this Order, and to conduct legal research on issues arising under the Receivership. The compensation, if any, to be paid to counsel shall be requested by separate application and will be subject to approval by the Court.

2.

The Receiver is authorized to employ Fuller, Frost & Associates, Inc. as accountants for the Receiver to provide accounting services to the Receiver including the filing of necessary tax returns for Fordham, Inc., inventory services and other accounting functions that the Receiver may require. The compensation to be paid to the accountant shall be requested by separate application and will be subject to approval by the Court.

3.

To deposit into the corporate bank account of Fordham, Inc. at Georgia Bank & Trust any checks payable to Duncan Drugs or Fordham, Inc. now in the Receiver's possession or which hereafter come into his possession.

4.

To notify Georgia Bank & Trust that the Receiver is the only person authorized to sign checks or otherwise make withdrawals from the corporate account; the Receiver shall only write such checks as the Court directs including those authorized in this Order.

5.

To take all reasonable steps including the filing of civil actions in courts of competent jurisdiction to collect accounts receivable of Fordham, Inc., and to compromise any such disputes involving less than $5,000.00 on such terms as the Receiver deems reasonable.

6.

To return any out-of-date drug inventory of Fordham, Inc. (including the out-of-date portion of the drugs seized by the Georgia Drug and Narcotics Agency) to wholesalers or manufacturers either for credit against an account payable of Fordham, Inc., or for cash, to deposit such payments in the corporate bank account, and to employ Return Solutions, Inc. to

inventory, package and return that out-of-date merchandise for the customary percentage fee charged by Return Solutions, Inc., as outlined in its letter to Receiver attached to Receiver's application.

7.

To write checks on the corporate bank account for the following services for Fordham, Inc.: (a) Georgia Power service at 2529 Peach Orchard Road on a monthly basis; (b) a water bill at 2529 Peach Orchard Road; (c) ADT Security service at 2529 Peach Orchard Road; (d) insurance premiums for coverage on any assets of Fordham, Inc. including vehicles.

8.

To file with the United States Post Office a change of address for mail directed to Fordham, Inc. or Duncan Drugs at 2529 Peach Orchard Road, Augusta, Richmond County, Georgia for the duration of the Receivership.

9.

To open a post office box for Fordham, Inc. and to pay the cost of such box rent from the corporate bank account.

10.

To solicit bids from other pharmacies, businesses or other individuals to purchase one or more assets of Fordham, Inc.; any such sale shall be subject to further application by the Receiver and an Order authorizing such sales.

11.

To sell any motor vehicles titled in the name of Fordham, Inc. through Augusta Auto Auction, Inc. according to the ordinary business terms and fees provided by Augusta Auto Auction, Inc., and to execute any documents necessary to convey title to such vehicles to the successful auction bidders.

SO ORDERED this 19th day of September, 2005.

*Signature*
Honorable Dudley H. Bowen, Jr.
United States District Court Judge

PRESENTED BY:

*Signature*
EDWARD J. COLEMAN, III, RECEIVER
Fordham, Inc. d/b/a Duncan Drugs
Georgia State Bar No. 177475
901 SunTrust Building
801 Broad Street
Augusta, GA 30901
(706) 722-3301

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA     *

vs.     *     CASE NO. CR104-51

ROBIN L. WILLIAMS, et al.     *

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as ORDER dated 09/19/05, which is part of the official records of this case.

Date of Mailing: 09/19/05
Date of Certificate: 09/19/05

SCOTT L. POFF, CLERK

By /s/ Joe Howell
Joe Howell, Deputy Clerk

NAME:
1. JOHN DUNCAN FORDHAM, FED. PRISONER SERVED @ PRISON ADDRESS
2. KIRBY G. ATKINSON, ANDREW J. ECONOMOU, MICHAEL G. LAMBROS, ADAM M. HAMES
3. EDWARD J. COLEMAN, III; JOHN P. CLAEYS; HARRY D. DIXON JR; JAMES B. ELLINGTON;
4. JAY L. STRONGWATER; JAMES W. PURCELL; BRUCE H. MORRIS; DANIEL P. GRIFFIN;
5. MICHAEL C. GARRETT; JEROME J. FROELICH; STEPHEN MARSH; BRIAN F. MCEVOY;
6. JAMES L. COURSEY, JR; EDMUND A. BOOTH, JR.; JAMES D. DURHAM
7.

Cert/Copy
- [ ] [x] District Judge
- [ ] [x] Magistrate Judge
- [ ] [ ] Minutes
- [ ] [x] U.S. Probation
- [ ] [ ] U.S. Marshal
- [ ] [x] U.S. Attorney
- [ ] [ ] JAG Office

Cert/Copy
- [ ] [ ] Dept. of Justice
- [ ] [ ] Dept. of Public Safety
- [ ] [ ] Voter Registrar
- [ ] [ ] U.S. Court of Appeals
- [ ] [ ] Nicole/Debbie
- [ ] [ ] Ray Stalvey
- [ ] [ ] Cindy Reynolds